*Randal S. Mashburn*
U.S. Bankruptcy Judge

Dated: 7/22/2022



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

Sonia Renee Osborne,　　　　　　　　　　　Bankr. Case No. 3:22-bk-00993

Debtor.　　　　　　　　　　　　　　　　　　Chapter 13

_____

**AGREED ORDER DENYING TRUSTEE'S MOTION TO DISALLOW CLAIM AND PROHIBITING THE ASSESSMENT OF FEES, COSTS, OR SET-OFF**

_____

　　This matter was scheduled to be heard on August 3, 2022, on the Trustee's Motion to Disallow a proof of claim asserted on behalf of US BANK TRUST NA (PAYEE US BANK TRUST NATIONAL ASSOCIATION), designated as claim 8 on the Court's claims register.

　　Subsequent to the filing of the Trustee' motion, the proof of claim was amended or otherwise supplemented to address the grounds for the Trustee's motion. Based on the amendment and/or supplement, the Trustee, by his electronic signature below, indicates consent to the denial of his Motion to Disallow, on the terms stated in this order.

　　ORDERED, the Trustee's Motion to Disallow the Claim is denied; it is further

　　ORDERED, that the creditor and any servicer for such creditor are prohibited and forever barred from assessing any fees, costs, or set-off amounts in connection with the motion resolved by this agreed order against the debtor or against the property that serves as collateral for its loan.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED BY:

/s/ Henry E. Hildebrand, III

Digitally signed by /s/ Henry E. Hildebrand, III
DN: O=Chapter 13 Trustee, CN="/s/ Henry E. Hildebrand, III", E=laurab@ch13bna.com
Reason: I am the author of this document
Location: your signing location here
Date: 2022.07.20 14:59:46-05'00'
Foxit PDF Reader Version: 11.2.1

Henry E. Hildebrand, III
Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37219-0019
615-244-1101; Fax 615-242-3241
www.ch13nsh.com
pleadings@ch13nsh.com

/s/Edward D. Russell
Edward D. Russell, No. 26126
The SR Law Group
PO Box 128
Mt. Juliet, TN 37121
(615) 559-3190
erussell@thesrlawgroup.com

## CERTIFICATE OF SERVICE

    I hereby certify that on July 19, 2022, a true and correct copy of the Agreed Order Denying the Trustee's Motion to Disallow Claim No. 8 was served by electronic means as follows: counsel for the Debtor, Sonia Renee Osborne, 4709 Murfreesboro Rd., Franklin, TN 37064; Debtor's counsel, LEFKOVITZ AND LEFKOVITZ, PLLC, 908 Harpeth Valley Place, NASHVILLE, TN 37221; OFFICE OF THE CHAPTER 13 TRUSTEE, PO BOX 340019, NASHVILLE, TN 37203-0019, and electronically to those identified on the CM/ECF system for this case.

                                                                        /s/Edward Russell
                                                                        Edward Russell

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.